DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**STUART FRIEDMAN,**
Appellant,

v.

**YOLANDA J. DAPUZZO** and **FIDELITY BROKERAGE SERVICES,**
Appellees.

No. 4D20-1274

[January 28, 2021]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Mark Alan Speiser, Judge; L.T. Case No. CACE18007106.

Stuart Friedman, Lake Clarke Shores, pro se.

Rebecca E. Swenson of Bressler, Armery & Ross, Fort Lauderdale, and Alex J. Sabo of Bressler, Armery & Ross, Miami, for appellee, Fidelity Brokerage Services.

PER CURIAM.

*Affirmed.*

WARNER, MAY and ARTAU, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***